# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES SCHWAB & COMPANY | * | CIVIL ACTION |
| versus | * | NO. |
| GIROD LOANCO., LLC and REGINA B. HEISLER | * | SECTION |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFIED NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(b)(3)

1. Regina B. Heisler hereby NOTICES the removal of the state-court action previously pending in the Civil District Court for the Parish of Orleans, State of Louisiana, Docket 2018-4693, the Honorable Ethel-Simms Julien presiding ("the State-Court Action").

2. The State-Court action became removable pursuant to 28 U.S.C. § 1446(b)(3) on October 9, 2019, when the Louisiana State Supreme Court Denied a STAY sought against Girod LoanCo, a vulture-fund entity continuing to engage in fraud in the state of Louisiana.

3. The State Court Action is also "...related-to..." the very recently filed matter of *Cella III, LLC et als v. GIROD LOANCO LLC*, presently pending in the United States Bankruptcy Court for the Eastern District of Louisiana, Bankruptcy Case No. 19-11528, Adversary Case 19-01129, The Honorable Jerry A. Brown presiding.

4. The issue raised in the removed case regarding the misconduct and fraud perpetrated by Girod LoanCo are exactly the same as set forth in the *Cella* litigation, except that the *Cella* lawsuit has yet to raise the issue of **GIROD LOANCO BEING A VULTURE-FUND WHICH IS LEGALLY NON-EXISTENT.**

5. The initial filing of a Petition to Invoke Concursus Proceeding is filed as <u>Exhibit A</u> hereto, with all state-court pleadings to be filed hereinafter pursuant to 28 U.S.C. § 1447.

6. In the Registry of the Civil District Court in the State-Court Action is a sum of money exceeding $2.1 million which in due course should be ordered transferred to the Trustee or as the Bankruptcy Court or District Court May order.

7. This matter was previously filed in this Court, but dismissed and re-filed in State-Court on **THE FALSE ASSERTION THAT GIROD LOANCO HAD A "...LOUISIANA MEMBER...".**

Respectfully submitted,

*/s/   Henry L. Klein*
Henry L. Klein (LA 7440)
844 Baronne Street
New Orleans, LA 70113
504-301-3027
henryklein44@gmail.com

## VERIFICATION

I verify and declare, under penalty of perjury, that all statements of fact are true and correct to the best of my information and belief.

*/s/   Henry L. Klein*

2018-04693

**C**

Section 10

FILED
2018 MAY 11  P 01:46
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                                                                  DIVISION " "

CHARLES SCHWAB & CO., INC.

VERSUS

GIROD LOANCO., LLC and REGINA B. HEISLER

FILED: _____          _____
                                                                     DEPUTY CLERK

**PETITION TO INVOKE CONCURSUS PROCEEDING**

Without waiving any contractual right of arbitration, Charles Schwab & Co., Inc. ("Schwab"), files this petition for the purpose of invoking a concursus proceeding and respectfully represents as follows:

1.

Plaintiff Schwab provides brokerage, banking and other financial services to individual and institutional clients throughout the country. Schwab is incorporated under the laws of the state of California, has its principal place of business in California, and is qualified to do business in Louisiana.

2.

The following parties are made Defendants in this action:

    (a) Girod LoanCo, LLC is a limited liability company formed under the laws of Delaware.

    (b) Regina B. Heisler, an individual domiciled in Louisiana.

3.

Venue is proper under Louisiana Code of Civil Procedure Article 4653(A).

4.

Regina B. Heisler holds a Schwab brokerage account with Schwab, designated as account number ****-*837 (the "Account"), which is subject to Schwab's current Terms and Conditions.

VERIFIED
Christin[e]
2018 MAY 1[1]



PLAINTIFF'S EXHIBIT A

1

E-Filed

Case 2:19-cv-13099   Document 1   Filed 10/11/19   Page 4 of 11

2018-04693

C

Section 10

FILED
2018 MAY 11  P 01:46
CIVIL
DISTRICT COURT

5.

Pursuant to the terms of a Pledged Asset Account Agreement, dated August 12, 2008, by and among Regina B. Heisler as Borrower, First NBC Bank as Lender and Schwab, Heisler granted a security interest in the Account to serve as collateral to secure a promissory note dated February 27, 2015, in the amount of $2,107,124.80, payable to First NBC Bank.

6.

The promissory note by Heisler dated February 27, 2015, in the amount of $2,107,124.80, payable to First NBC Bank, was modified and amended by Allonge dated November 13, 2017, by the Federal Deposit Insurance Corporation, as Receiver for First NBC Bank, to reflect it payable to Girod LoanCo, LLC.

7.

Following receipt of notice of the transfer, on December 26, 2017, Schwab provided Notice of Termination of Pledged Asset Account Agreement and Closure of Account. Following that notice, Schwab received multiple, conflicting demands to the Account. Specifically, Schwab has received the following claims:

(a) By email dated January 2, 2018, counsel for Regina Heisler sent Schwab certain pleadings in the Succession of Fred P. Heisler and suggesting a dispute as to the note and entitlement to funds, indicating that Schwab invoke a concursus proceeding before paying the Account fund to anyone other than Regina Heisler.

(b) By letter dated March 1, 2018, Girod LoanCo, LLC notified Schwab that it was directed to liquidate all securities and transfer all cash in the account to Girod LoanCo, LLC; and

(c) On or about March 3, 2018, Schwab received a "Motion for Expedited Hearing on Succession's Prior Requests for Declaratory Judgment Naming Capital Crossing Servicing Company, Inc., Girod LoanCo, LLC, and Charles Schwab & Co., Inc., as Parties Claiming an Interest Pursuant to LCCP Article 1880" seeking declaratory relief seeking (a) a finding that neither Capital Crossing Servicing Company, Inc., Girod LoanCo, LLC, and Charles Schwab & Co., Inc., has any interest in any assets or property of the Succession of Frederick P. Heisler,

2

E-Filed

Case 2:19-cv-13099 Document 1 Filed 10/11/19 Page 5 of 11

2018-04693

C
Section 10

FILED
2018 MAY 11 P 01:46
CIVIL
DISTRICT COURT

Frederick P. Heisler, and/or Regina Heisler and (b) an order prohibiting Schwab from liquidating or disposing the Account.

8.

Schwab admits and acknowledges that it owes distribution of the Account assets to the appropriate person or entity, and Schwab is ready and willing to distribute same to such person or entity. However, given the competing claims to the Account, Schwab is unable to determine the person or entity entitled to receive the cash, assets, and/or proceeds maintained in the Account without the risk of exposing itself to litigation and/or multiple claims for payment.

9.

In light of the competing claims and based on information indicating that diversity jurisdiction existed, Schwab filed an Interpleader action in federal court styled "*Charles Schwab & Co., Inc. v. Regina B. Heisler and Girod LoanCo, LLC*," Civil Action No. 18-2522 in the United States District Court for the Eastern District of Louisiana. The Court authorized Schwab to deposit the cash portion of the Account into the Court's registry, which was accomplished on March 15, 2018. Since that filing, Schwab was advised that diversity jurisdiction did not exist, and accordingly, filed a Motion to Dismiss Without Prejudice in order to file a this concursus proceeding in this Court.

10.

On May 10, 2018, the Honorable Nannette Jolivette Brown granted the Motion to Dismiss and authorized the Clerk of Court to transfer the funds to the Civil District Court upon the filing of this concursus.

11.

In light of the competing claims that may expose Schwab to multiple claims and litigation over a single account, in accordance with the provisions of Article 4651, *et seq.*, of the Louisiana Code of Civil Procedure, Schwab desires to institute a concursus proceeding and deposit into the Registry of Court all assets in the Account and allow all persons having competing or conflicting claims to assert those claims in this proceeding.

Case 2:19-cv-13099 Document 1 Filed 10/11/19 Page 6 of 11

2018-04693

**C**

Section 10

FILED
2018 MAY 11 P 01:46
CIVIL
DISTRICT COURT

12.

Schwab wishes to deposit the assets and/or proceeds of the Account into the registry of the Court. In addition to the Account's cash in the amount of $330,790.93, which was deposited with the United States District Court and will be transferred to this Court's registry via check payable to the Civil District Court for the Parish of Orleans, State of Louisiana, the Account holds stocks, exchanged traded funds (ETFs) and other securities currently valued at approximately $1.7 million as of the date of filing. Schwab asks that the Court authorize Schwab to deposit the sums obtained after liquidation of these other assets and deposit such sums into the Registry of the Court in an interest bearing account.

13.

Schwab requests that any and all costs of these proceedings be deducted from the funds deposited in the Registry of the Court in accordance with La. Code Civ. Pro. art. 4659.

14.

Schwab requests that all defendants in this proceeding and their officers, agents, employees, and counsel, and those persons in active concert or participation with them should be enjoined from instituting or prosecuting any other action or proceeding on the claim involved in this concursus proceeding in any court of this state or of the United States, pursuant to La. C.C.P. art. 4660.

WHEREFORE, Schwab respectfully prays for the following relief:

(a) That each of Defendants be duly served and summoned to answer and appear;

(b) For an order

(1) authorizing the deposit of the approximately $330,790.93 in cash previously deposited into the United States District Court's registry into the Registry of this Court;

(2) authorizing the liquidation of the remaining stocks, exchanged traded funds (ETFs) and other securities in the Account and deposit of the proceeds from such liquidation into the registry of this Court;

4

Case 2:19-cv-13099 Document 1 Filed 10/11/19 Page 7 of 11

2018-04693

**C**

Section 10

FILED
2018 MAY 11  P 01:46
CIVIL
DISTRICT COURT

    (3) requiring Defendants to interplead their rights and claims to all assets and/or proceeds in the Account;

    (4) requiring Defendants to assert their respective rights and claims contradictorily against all other parties to this proceeding; and

    (5) without waiving any contractual right to arbitration, prohibiting Defendants from instituting or prosecuting any other action or proceeding in any State or United States court or any arbitration proceeding affecting the Account, any proceeds related thereto, any money, proceeds or other property deposited into the registry of this Court in this action or any claim involved in this action until further order of this Court;

 (c) for a judgment

    (1) relieving Plaintiff of all liability to all Defendants for distribution and/or transfer of the assets and proceeds of the Account, including any money and other property deposited into the registry of this Court and for any interest thereon and for other assets maintained in the Account;

    (2) discharging Plaintiff from any further liability relating to the right, title and interest held by Regina Heisler in or to the assets, property and/or proceeds of the Account;

    (3) declaring that any Defendant who does not timely appear and answer in this action shall be deemed to waive and forgo forever any and all right, title and interest in or to (i) the Account, (ii) any assets and proceeds related thereto, (iii) any money, proceeds, or other property deposited into the registry of this Court in this action and (iv) any interest on such proceeds or money;

    (4) otherwise declaring the rights of each Defendant as to the Account, the assets and proceeds related thereto, any money or proceeds deposited into the registry of this Court in this action and any interest on such proceeds or money;

    (5) without waiving any contractual right to arbitration that the parties may have, permanently enjoining and prohibiting Defendants from instituting or prosecuting any other action or proceeding in any State or United States court or

2018-04693



Section 10

FILED
2018 MAY 11 P 01:46
CIVIL
DISTRICT COURT

any arbitration proceeding affecting the Account, any proceeds or property related thereto, any money, proceeds or other property deposited into the registry of this Court in this action or any claim involved in this action; and

 (6) awarding Plaintiff from the Account and from any money or proceeds deposited into the registry of this Court (or otherwise in dispute) all costs and attorneys' fees incurred by Plaintiff in connection with this action; and

 (d) for all other relief to which the plaintiff is entitled.

Respectfully submitted,

GORDON, ARATA, MONTGOMERY, BARNETT,
 McCOLLAM, DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Phone: (504) 582-1111 Fax: (504) 582-1121

By: __s/Donna Phillips Currault__
  Donna Phillips Currault (#19533)
  dcurrault@gamb.law
  Michael E. Landis (#36542)
  mlandis@gamb.law

*Attorneys for Plaintiff/Stakeholder Charles Schwab & Co., Inc.*

**PLEASE SERVE:**

REGINA B. HEISLER
209 Legrande Bayou Ln.
Kenner, LA 70065

GIROD LOANCO., LLC
 Through its agent for service of process
 Via the Louisiana long-arm statute:
 Maples Fiduciary Services (Delaware) Inc.
 4001 Kennett Pike, Suite 302
 Wilmington, DE 19807

6

E-Filed

2018-04693

C

Section 10

FILED
2018 MAY 11 P 01:46
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                                                   DIVISION " "

CHARLES SCHWAB & CO., INC.

VERSUS

GIROD LOANCO., LLC and REGINA B. HEISLER

FILED: _____     _____
                                                           DEPUTY CLERK

## ORDER

CONSIDERING the foregoing Petition For Concursus Proceeding,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1. Charles Schwab & Co., Inc., is granted leave and permitted to deposit into the registry of this Court all cash held by the Account of Regina B. Heisler previously deposited in the United States District Court;

2. Charles Schwab & Co., Inc., be authorized and directed to liquidate the remaining assets in the Account and further authorized to make such further deposits of proceeds from such liquidation without further orders of the Court;

3. All costs of this proceeding be ordered paid and satisfied out of the funds deposited and to be deposited into the Registry of the Court as permitted by La. C.C.P. art. 4659;

4. That defendants, Regina B. Heisler and Girod LoanCo, LLC, be cited to appear and assert their respective claims contradictorily against each other as to all money which may be deposited into the registry of the Court in this proceeding;

5. That Charles Schwab & Co., Inc., be hereby relieved of all liability to the defendants for the moneys deposited into the registry of this Court;

6. Defendants, their officers, agents, employees and counsel, and those persons in active concert or participation with them, be enjoined from instituting or prosecuting any other action or proceeding on the claim involved in this concursus proceeding in any court of state or of the United States, pursuant to La. C.C.P. art. 4660; and

E-Filed

Case 2:19-cv-13099 Document 1 Filed 10/11/19 Page 10 of 11

2018-04693

FILED
2018 MAY 11  P 01:46
CIVIL
DISTRICT COURT



Section 10

7. For all other legal and equitable relief to which Charles Schwab & Co., Inc., may be entitled.

New Orleans, Louisiana, the __ day of _____, 2018.

_____
CIVIL DISTRICT COURT JUDGE

**PLEASE SERVE ORDER:**

REGINA B. HEISLER
209 Legrande Bayou Ln.
Kenner, LA 70065

GIROD LOANCO., LLC
    Through its agent for service of process
    Via the Louisiana long-arm statute:
    Maples Fiduciary Services (Delaware) Inc.
    4001 Kennett Pike, Suite 302
    Wilmington, DE 19807

2018-04693

C . . .

Section 10

FILED
2018 MAY 11  P 01:46
CIVIL
DISTRICT COURT

7. For all other legal and equitable relief to which Charles Schwab & Co., Inc., may be entitled.

New Orleans, Louisiana, the 15th day of May, 2018

_____
CIVIL DISTRICT COURT JUDGE

(sgd.) Sidney H. Cates, IV

**PLEASE SERVE ORDER:**

REGINA B. HEISLER
209 Legrande Bayou Ln.
Kenner, LA 70065

GIROD LOANCO., LLC
  Through its agent for service of process
  Via the Louisiana long-arm statute:
  Maples Fiduciary Services (Delaware) Inc.
  4001 Kennett Pike, Suite 302
  Wilmington, DE 19807

E-Filed

ENTERED ON MINUTES

MAY 16 2018

CHARLENE WILLIAMS